UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D-1 STEPHEN SHIPPS

    Defendant.

Criminal No. 20-cr-20517

Honorable Denise Page Hood

### GOVERNMENT'S MOTION, SUPPORTING BRIEF AND ORDER TO UNSEAL INDICTMENT AND ARREST WARRANT

The United States of America hereby moves for an order unsealing the Indictment and Arrest Warrant in this case, and states:

1. The Indictment in this case charges the defendant with one or more federal crimes.

2. Rule 6(e)(4) of the Federal Rules of Criminal Procedure, which authorizes this Court to seal indictments, implicitly authorizes this Court to unseal indictments.

3. The government requests that the Indictment and Arrest Warrant be unsealed because the defendant has been arrested and is entitled to receive a copy of the Indictment.

WHEREFORE, the government requests this Court to issue an order unsealing the Indictment and Arrest Warrant.

Respectfully submitted,

MATTHEW SCHNEIDER
United States Attorney

*s/ Sara D. Woodward*
Sara D. Woodward
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226
Sara.Woodward@usdoj.gov
(313) 226-9180

Dated:  October 29, 2020

**IT IS SO ORDERED.**

**s/R. STEVEN WHALEN**
Honorable R. Steven Whalen
United States Magistrate Judge

Entered: October 29, 2020