UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOURTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D-1  STEPHEN SHIPPS,

    Defendant.

_____/

Case No. 20-20517

Hon. Denise Page Hood

VIO: 18 U.S.C. § 2423(a)

## DEFENDANT'S ACKNOWLEDGMENT OF INDICTMENT

I, STEPHEN SHIPPS, the defendant in this case, hereby acknowledge that I have received a copy of the indictment before entering my plea and that I have read it and understand its contents. I know that if I am convicted or plead guilty, I may be sentenced as follows:

**Counts One and Two:** Transportation of a minor to engage in sexual activity, up to 15 years in prison, a $250,000 fine, or both.

                                                        */s/ Stephen Shipps*
                                                       STEPHEN SHIPPS
                                                       Defendant

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

Dated: 11/2/20     Counsel for Defendant: [signature]