**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

        Plaintiff,

vs                                   Cr. No.   20-20517
                                      HONORABLE DENISE PAGE HOOD

STEPHEN SHIPPS,

        Defendant.
_____/

**STIPULATION REGARDING CONDITIONS OF PRETRIAL RELEASE**

On October 29, 2020, at Defendant's initial appearance, the Magistrate Judge issued an order of pretrial release that included the following conditions:(1) that Defendant "get medical or psychiatric treatment" and (2) that his travel is restricted to the Eastern District of Michigan unless prior consent is given for wider travel by the Court or Pretrial Services. (ECF No. 7.)

In view of the above, the parties, by their respective attorneys, hereby stipulate to clarifying the above-described conditions in the following manner:

1. Defendant will continue to engage in mental health treatment with Dr. Edward Denke, University of Michigan Department of Psychiatry, and Laura Nitzberg, LMSW, University of Michigan Department of Psychiatry, with whom Defendant has treated for a number of years for depression, anxiety and family problems, and for which Defendant takes prescribed medications. Defendant's continued treatment with these professionals addresses the condition that he receive "medical or psychiatric treatment";

2. Defendant's parents, aged 94 and 91, reside in Indiana. Defendant has sole Power of Attorney for his parents. The parties stipulate that if necessary, Defendant may travel outside of the Eastern District of Michigan, without prior approval, to provide emergency assistance to his parents in Indiana, or, in the event of either of their deaths, to make customary funeral and burial arrangements. However, should Defendant provide such emergency assistance, he will immediately inform Pre-Trial Services of his travel.

IT IS SO STIPULATED.

| | |
|---|---|
| s/Sara D. Woodward_____ | s/John A. Shea _____ |
| Assistant U.S. Attorney | Attorney for Defendant |
| 211 W. Fort St., Ste. 2001 | 120 N. Fourth Avenue |
| Detroit, Michigan 48226 | Ann Arbor, Michigan 48104 |
| (313) 226-9180 | (734) 995-4646 |
| sara.woodward@usdoj.gov | jashea@earthlink.net |
| DATED: November 20, 2020 | DATED: November 20, 2020 |

**ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE**

For the reasons stated above, IT IS ORDERED that the *Order Setting Conditions of Pretrial Release*, ECF No. 7, PageID. 7, is hereby is modified as follows:

1. Condition 7(i) is addressed by Defendant continuing his pre-charge mental health treatment with Dr. Donald Edward Denke, University of Michigan Department of Psychiatry, and Laura Nitzberg, LMSW, University of Michigan Department of Psychiatry;

2. Condition 7(g) is modified to permit Defendant to travel outside of the Eastern District of Michigan to provide emergency attention to his parents, aged 94 and 91, who live in assisted living in Bloomington, IN and for whom Defendant has sole Power of Attorney, or, in the event of either of their death, to make customary funeral and burial arrangements. Should Defendant provide such emergency assistance, he will immediately inform Pre-Trial Services of his travel.

In all other respects, the *Order Setting Conditions of Pretrial Release* remain in full force and effect.

s/Denise Page Hood
Denise Page Hood
United States District Judge

Dated:   December 3, 2020