UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

        Plaintiff,                       Case No. 20-cr-20517
                                              Honorable Denise Page Hood

vs.

Stephen Shipps,

        Defendant.

---

**Notice of Change of Assistant U.S. Attorney**

---

**To:    Attorney Admission Clerk and All Other Parties**

Please take notice of the following change(s) of Assistant U.S. Attorney(s) of record for the above-captioned case:

| *Add the following AUSA(s):* | *Terminated the following AUSA(s):* |
|---|---|
| Name:    Michael El-Zein | |
| Bar ID:    P79182 | Name:    NONE |
| Telephone:  (313) 226-9770 | |
| Fax:    (313) 226-3800 | |
| Email:    Michael.El-Zein@usdoj.gov | |

                                                S/Michael El-Zein
                                                Michael El-Zein (P79182)
                                                Assistant U.S. Attorney
                                                211 W. Fort Street, Ste. 2001
                                                Detroit, Michigan  48226
                                                (313) 226-9770
                                                Michael.El-Zein@usdoj.gov

Dated: December 30, 2020