UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                    Plaintiff,

vs                                                   Cr. No.  20-20517
                                                  Hon. Denise Page Hood

STEPHEN SHIPPS,

                    Defendant.
_____/

### SECOND STIPULATION REGARDING CONDITIONS OF PRETRIAL RELEASE

On October 29, 2020, at Defendant's initial appearance, the Magistrate Judge issued an order of pretrial release that included the conditions that Defendant not travel outside of the Eastern District of Michigan (condition 7(g)), and that he have no contact with persons under the age of 18 (condition 7(w)). (ECF No. 7.)  By Order dated December 3, 2020, the Court modified the travel condition to permit Defendant to travel for purposes of providing emergency assistance to his 94 and 91 year old parents.  (ECF No. 13.)

The parties now stipulate as follows:

1. In view of the fact that Defendant has the Power of Attorney for his parents' affairs, Defendant may travel outside of the Eastern District of Michigan, without prior approval, to monitor and/or provide whatever assistance is necessary or appropriate to his parents in Indiana, or, in the event of either of their deaths, to make customary funeral and burial arrangements. However, Defendant shall inform Pre-Trial Services of his travel and anticipated itinerary, in advance or, in an emergency, contemporaneously with it.

2. Defendant's daughter gave birth to a child on November 12, 2020.  That child's Baptism will occur in Indianapolis, IN on April 11, 2021, at which Baptism minor children will be present (including other grandchildren of Defendant).  Defendant may attend the Baptism and have contact with the minor children, so long as such contact occurs publicly and in the presence of at least one other adult.

The parties represent to the Court that Pretrial Services Officer Michael Mitchell does not object to either of the stipulations set forth above.

IT IS SO STIPULATED.

| | |
|---|---|
| s/Sara D. Woodward (w/permission) | s/John A. Shea |
| Assistant U.S. Attorney | Attorney for Defendant |
| 211 W. Fort St., Ste. 2001 | 120 N. Fourth Avenue |
| Detroit, Michigan 48226 | Ann Arbor, Michigan 48104 |
| (313) 226-9180 | (734) 995-4646 |
| sara.woodward@usdoj.gov | jashea@earthlink.net |
| | |
| DATED: March 17, 2021 | DATED: March 17, 2021 |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                      Plaintiff,

vs                                                               Cr. No. 20-20517
                                                               Hon. Denise Page Hood

STEPHEN SHIPPS,

                      Defendant.
_____/

**ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE**

The Court has considered the parties' stipulation to modify Defendant's conditions of pretrial release, and for the reasons stated therein, IT IS ORDERED that the *Order Setting Conditions of Pretrial Release*, ECF No. 7, PageID. 7, is hereby is modified as follows:

1. Condition 7(g) is modified to permit Defendant to travel outside of the Eastern District of Michigan, without prior approval, to monitor and/or provide whatever assistance is necessary or appropriate to his parents in Indiana, or, in the event of either of their deaths, to make customary funeral and burial arrangements. Defendant shall inform Pre-Trial Services of his travel and anticipated itinerary, in advance or, in an emergency, contemporaneously with it.

2. Defendant may attend his grandchild's Baptism on April 11, 2021, and have contact with minor children in connection with that event, so long as such contact occurs publicly and in the presence of at least one other adult.

In all other respects, the *Order Setting Conditions of Pretrial Release* remain in full force and effect.

Dated: April 6, 2021                                       s/Denise Page Hood
                                                                   Chief Judge, United States District Court