```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MICHIGAN
                          SOUTHERN DIVISION


UNITED STATES OF AMERICA,

                  Plaintiff,

vs                                       Cr. No.   20-20517
                                         HON DENISE PAGE HOOD

STEPHEN SHIPPS,

                  Defendant.
_____/
```

### THIRD STIPULATION REGARDING CONDITIONS OF PRETRIAL RELEASE

On October 29, 2020, at Defendant's initial appearance, the Magistrate Judge issued an order of pretrial release that included the conditions that Defendant submit to "location monitoring" through a GPS system (condition 7(r)). (ECF No. 7, PageID 14.) Accordingly, Defendant has been continuously wearing an ankle monitor that provides his location position.

Very recently, Defendant was diagnosed with a hernia for which he likely will need surgery. Presently, he has a surgery consultation scheduled on May 12, 2021. The ankle monitor may interfere with imaging and/or other testing that will occur during this consultation, and with any subsequent surgery.

In view of the above, the parties now stipulate that condition 7(r) be suspended as necessary and appropriate for Defendant to fully participate in any necessary medical consultations and for any subsequent surgeries. The parties further stipulate that Defendant's pretrial services officer determine what is "necessary and appropriate" in these circumstances, giving full consideration to the recommendations of Defendant's health care providers. If it is necessary that the monitoring tether be removed for any consultation

or surgery, Defendant's pretrial services officer may authorize Defendant to remove the tether so long as Defendant arranges with the pretrial services officer to have the tether reinstalled immediately upon conclusion of the medical consultation, surgery, or other procedure that necessitated the tether's removal.

The parties represent to the Court that Pretrial Services Officer Michael Mitchell does not object to these stipulations.

IT IS SO STIPULATED.


s/Sara D. Woodward (w/permission)
Assistant U.S. Attorney
211 W. Fort St., Ste. 2001
Detroit, Michigan 48226
(313) 226-9180
sara.woodward@usdoj.gov

DATED: May 6, 2021

s/John A. Shea
Attorney for Defendant
120 N. Fourth Avenue
Ann Arbor, Michigan 48104
(734) 995-4646
jashea@earthlink.net

DATED: May 6, 2021

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

              Plaintiff,

vs                        Cr. No. 20-20517
                     HONORABLE DENISE PAGE HOOD

STEPHEN SHIPPS,

              Defendant.
_____/

**ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE**

The Court has considered the parties' stipulation to modify Defendant's conditions of pretrial release, and for the reasons stated therein, IT IS ORDERED that the *Order Setting Conditions of Pretrial Release*, ECF No. 7, is hereby is modified as follows:

1. Condition 7(r) is modified to suspend GPS location monitoring of Defendant, including removal of the GPS tether monitor, as necessary and appropriate to permit him to consult with health care providers and any surgery as described in the stipulations; PROVIDED THAT Defendant arranges with the pretrial services officer to have the tether reinstalled immediately upon conclusion of the medical consultation, surgery, or other procedure that necessitated the tether's removal..

2. Defendant's pretrial services officer is authorized to determine what is "necessary and appropriate" in these circumstances, giving full consideration to the recommendations of Defendant's health care providers..

In all other respects, the *Order Setting Conditions of Pretrial Release,* as previously modified, remain in full force and effect.

DATED: May 10, 2021

s/Denise Page Hood
Unites States District Judge