UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                                              Case No. 20-20517

v.                                                          Hon. Denise Page Hood

STEPHEN SHIPPS,

        Defendant.
_____/

## Order Directing the Deposit of Funds with Clerk of Court and Restraining Distribution

This matter is before the Court upon the agreement of the parties.

After reviewing this matter, and finding cause exists, therefore

IT IS ORDERED that $30,000.00 shall be promptly be remitted to the Clerk of the Court (USDC MIE), Financial, 231 W. Lafayette, Detroit MI 48226; and

IT IS FURTHER ORDERED that the Clerk of the Court shall accept said funds, deposit said funds and shall hold said funds pending further order of the Court in this case; and

IT IS FURTHER ORDERED that these funds shall be applied to the restitution to be imposed at defendant's sentencing; and

1

IT IS FURTHER ORDERED that the Clerk shall be permitted to deduct from the account any fee authorized by the Judicial Conference of the United States.

Dated: April 14, 2022            s/Denise Page Hood
                                                           Hon. Denise Page Hood
                                                           United States District Court

## STIPULATION FOR ENTRY OF ORDER TO DEPOSIT FUNDS AND RESTRAIN DISTRIBUTION

The United States and Stephen Shipps through their undersigned counsel stipulate and agree to the terms of and to the entry of the above-stated Stipulated Order to Deposit Funds and Restrain Distribution.

DAWN N. ISON
U.S. Attorney

| | |
|---|---|
| */s Sara D. Woodward* | _____ |
| SARA D. WOODWARD | John A. Shea (P37634) |
| MICHAEL EL-ZEIN | Attorney for Stephen Shipps |
| Assistant United States Attorneys | 120 N. Fourth Avenue |
| 211 W. Fort Street, Suite 2001 | Ann Arbor, MI 48108 |
| Detroit, MI  48226 | (734) 995-4646 |
| Phone: 313-226-9180 | jashea@earthlink.net |
| E-Mail: sara.woodward@usdoj.gov | |

April 13, 2022