**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

        Plaintiff,

vs                               Cr. No.   20-20517
                                  HONORABLE DENISE PAGE HOOD

STEPHEN SHIPPS,

        Defendant.
_____/

**ORDER GRANTING EMERGENCY MOTION TO EXTEND REPORTING DATE**

    The Court has considered Defendant's Emergency Motion to Extend Reporting Date, and accordingly IT IS ORDERED that Defendant's date for reporting to FCI Elkton to begin his sentence shall be extended from July 22 to August 22, 2022, at Noon.

                                                            s/Denise Page Page Hood
_____     United States District Judge

DATED: July 20, 2022_____