| PROB 12B (Rev. 08/18) | **SUPERVISION REPORT** REQUEST FOR MODIFYING THE CONDITIONS OR TERM OF SUPERVISION WITH THE CONSENT OF THE OFFENDER (Probation Form 49, Waiver of Hearing is Attached) | | **U. S. Probation Office** Eastern District of Michigan (Rev. 10/99) | **PACTS** 7229723 | **DATE** 12/02/2025 |
|---|---|---|---|---|---|

| **NAME** SHIPPS, Stephen | | **OFFICER** Corey D. Elder | **JUDGE** Denise Page Hood | **DOCKET #** 20-CR-20517-01 |
|---|---|---|---|---|

| **ORIGINAL SENTENCE DATE** 04/14/2022 | **SUPERVISION TYPE** Supervised Release | **CRIMINAL HISTORY CATEGORY** I | **TOTAL OFFENSE LEVEL** 28 | **PHOTO** |
|---|---|---|---|---|
| **COMMENCED** 11/21/2025 | | | | |
| **EXPIRATION** 11/20/2028 | | | | |

**REPORT PURPOSE**

### REQUEST TO MODIFY CONDITIONS

**RECOMMENDATION**

### MODIFICATION

**ORIGINAL OFFENSE**
Count 2:  18 U.S.C. § 2423(a), Transportation of a Minor to Engage in Sexual Activity

**SENTENCE DISPOSITION**
Custody of the Bureau of Prisons for a term of 60 months, to be followed by a three-year term of supervised release.

**ORIGINAL SPECIAL CONDITIONS**

1. The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, et seq.) as directed by the probation officer, the United States Bureau of Prisons, or any state sex offender registration agency in which he/she resides, works, is a student, or was convicted of a qualifying offense.

2. The defendant shall provide the probation officer with accurate information about all computer systems (hardware/software), all passwords and Internet Service Provider(s), that the defendant has potential access to and abide by all rules of the United States Probation Department's Computer Monitoring Program.  The defendant shall only access a computer approved by the probation officer.  The defendant shall consent to the probation officer conducting periodic, unannounced examinations of all computer systems, which may include computer monitoring software at the defendant's expense.  For the purpose of accounting for all computers, hardware, software and accessories, the defendant shall submit his/her person, residence, computer and/or vehicle to a search conducted by the United States Probation Department at a reasonable time and manner.  You shall inform any other residents that the premises and your computer may be subject to a search pursuant to this condition.  The defendant shall provide the probation officer with access to any requested financial information including billing records (telephone, cable, internet, satellite, etc.).

3. The defendant shall only access the internet through one internet capable device.  All other internet capable devices, such as cellular phones and gaming consoles shall not have internet connected.  The defendant is prohibited from accessing any online computer service at any location including, but not limited to public

| PROB 12B<br>(Rev. 08/18) | **SUPERVISION REPORT**<br>REQUEST FOR MODIFYING THE CONDITIONS OR TERM OF SUPERVISION WITH<br>THE CONSENT OF THE OFFENDER<br>(Probation Form 49, Waiver of Hearing is Attached) | **U. S. Probation Office**<br>Eastern District of Michigan<br>(Rev. 10/99) | PACTS<br>7229723 | DATE<br>12/02/2025 |
|---|---|---|---|---|

| NAME<br>SHIPPS, Stephen | OFFICER<br>Corey D. Elder | JUDGE<br>Denise Page Hood | DOCKET #<br>20-CR-20517-01 |
|---|---|---|---|

libraries, internet cafes, and places of employment or education without the permission of the probation officer.

4. The defendant shall successfully complete any sex offender diagnostic evaluations, treatment/counseling programs and polygraphy examinations as directed by the probation officer. Reports pertaining to sex offender assessments, treatment, and polygraph examinations shall be provided to the probation officer. As directed by the Court, the defendant shall pay all or part of the cost of the diagnostic evaluations, treatment or counseling programs, and polygraph examinations based upon their ability to pay.

5. The defendant shall not associate with minor children under the age of eighteen (18), except in the presence of a responsible adult who is aware of the nature of your background and current offense, and who has been approved by the probation officer. The defendant shall not frequent places where children congregate on a regular basis (such as, but not limited to school grounds, playgrounds, child toy stores, video arcades, etc.).

6. If the judgment imposes a financial penalty, you must pay the financial penalty in accordance with the Schedule of Payments sheet of this judgment. You must also notify the court of any changes in economic circumstances that might affect the ability to pay this financial penalty.

Criminal Monetary Penalty: Special Assessment $100.00. (Paid) Restitution: $120,000.00 (Paid)

## PETITIONING THE COURT

To modify the condition(s) of supervised release as follows:

**Delete:**

**"The defendant shall only access the internet through one internet capable device. All other internet capable devices, such as cellular phones and gaming consoles shall not have the internet connected. The defendant is prohibited from accessing any online computer service at any location including, but not limited to public libraries, internet cafes, and places of employment or education without the permission of the probation officer."**

On November 21, 2025, SHIPPS signed a Probation Form 49, Waiver of Hearing to Modify Conditions of Probation/Supervised Release, to delete the condition limiting him to one internet capable device.

## CAUSE

SHIPPS began supervised release on November 21, 2025, with a condition limiting him to one internet capable device. SHIPPS requests to have that condition deleted as he wishes to have a smart phone and a laptop computer as he plans to begin online courses to earn a degree in theology. SHIPPS understands that all internet capable device he has permission to use must have monitoring software installed, and he does not object. The probation department understands his need for both devices and does not object to the deletion of the condition as listed above.

| PROB 12B (Rev. 08/18) | **SUPERVISION REPORT** REQUEST FOR MODIFYING THE CONDITIONS OR TERM OF SUPERVISION WITH THE CONSENT OF THE OFFENDER (Probation Form 49, Waiver of Hearing is Attached) | **U. S. Probation Office** Eastern District of Michigan (Rev. 10/99) | PACTS 7229723 | DATE 12/02/2025 |
|---|---|---|---|---|
| NAME SHIPPS, Stephen | OFFICER Corey D. Elder | JUDGE Denise Page Hood | DOCKET # 20-CR-20517-01 | |

As noted above, SHIPPS signed the Probation Form 49.  He has been advised of His right to counsel in this matter and has agreed to waive this right by signing the attached waiver of hearing form.

The probation department's Post Conviction Risk Assessment (PCRA) categorizes SHIPPS as a high risk to reoffend.

A criminal record check completed through Access to Law Enforcement Systems (ATLAS) conducted on November 24, 2025, revealed no new criminal activity.

If your Honor agrees with this recommendation, please indicate below and return this correspondence to the probation department.  If your Honor does not agree, please indicate below and direct the probation department as to how the Court wishes to proceed.

Should your Honor have any questions or concerns, this writer may be reached at the number below.

| SENIOR PROBATION OFFICER s/Corey D. Elder/mt/slg 734 741-2051 | DISTRIBUTION Court |
|---|---|
| SUPERVISING PROBATION OFFICER s/Jeffry W. Konal 313 234-5407 | PROBATION ROUTING Data Entry |

**THE COURT ORDERS:**

[x   ] Modification as Noted Above

[   ] Other

s/Denise Page Hood
United States District Judge

12/22/2025
Date